|  |  |
|---|---|
| UNITED STATES DISTRICT COURT | |
| DISTRICT OF NEVADA | |

BRENDAN R. COENEN,

                    Plaintiff,

    v.

BACA, et al.,

                    Defendants.

Case No.  3:19-cv-00435-MMD-WGC

ORDER

**I.   DISCUSSION**

In July 2019, Plaintiff, who was then an inmate in the custody of the Nevada Department of Corrections ("NDOC"), filed an application to proceed *in forma pauperis* for prisoners. (ECF No. 1).  Plaintiff did not file a complaint in this matter.  Since the filing of this case, Plaintiff is no longer incarcerated.  However, Plaintiff has not updated his current mailing address with the Court.

Pursuant to Federal Rule of Civil Procedure 3, "[a] civil action is commenced by filing a complaint with the court."  Fed. R. Civ. P. 3.  As such, the Court grants Plaintiff until Friday, June 12, 2020, to submit a complaint to this Court.

Additionally, pursuant to Nevada Local Rule of Practice IA 3-1, a "pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. The notification must include proof of service on each opposing party or the party's attorney. Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court."  Nev. Loc. R. IA 3-1.  This Court grants Plaintiff until Friday, June 12, 2020, to file his updated address with this Court.  If Plaintiff does not update the Court with his current address on or before Friday, June 12, 2020, the Court will dismiss this action without prejudice.

The Court also denies the application to proceed *in forma pauperis* for prisoners (ECF No. 1) as moot because Plaintiff is no longer incarcerated.  The Court now directs

Plaintiff to file an application to proceed *in forma pauperis* by a non-prisoner or pay the full filing fee of $400 on or before Friday, June 12, 2020.

**II.    CONCLUSION**

For the foregoing reasons, it is ordered that Plaintiff will submit a complaint to this Court on or before Friday, June 12, 2020.

It is further ordered that the Clerk of the Court will send to Plaintiff the approved form for filing a 42 U.S.C. § 1983 complaint and instructions for the same.

It is further ordered that Plaintiff will file his updated address with the Court on or before Friday, June 12, 2020.

It is further ordered that Plaintiff's application to proceed *in forma pauperis* for prisoners (ECF No. 1) is denied as moot.

It is further ordered that the Clerk of the Court will send Plaintiff the approved form application to proceed *in forma pauperis* by a non-prisoner, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

It is further ordered that on or before Friday, June 12, 2020, Plaintiff will either: (1) file a fully complete application to proceed *in forma pauperis* for non-prisoners; or (2) pay the full filing fee of $400.

It is further ordered that if Plaintiff does not timely comply with this order, the Court will dismiss this action without prejudice.

DATED: May 18, 2020.

*William G. Cobb*
UNITED STATES MAGISTRATE JUDGE